## NEEDHAM v. INTERBOROUGH RAPID TRANSIT CO.

(Supreme Court, Appellate Term. November 3, 1905.)

CARRIERS—INJURY TO PASSENGER—NEGLIGENCE—EVIDENCE.

Evidence, in an action for injuries received by a passenger, that as he walked towards the door the train came to a sudden stop and he was thrown down, showed no actionable negligence on the carrier's part.

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Joseph W. Needham against the Interborough Rapid Transit Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before SCOTT, P. J., and BISCHOFF and FITZGERALD, JJ.

Charles A. Gardiner (Frederick H. Cunningham and Theodore L. Waugh, of counsel), for appellant.

Sharon Graham, for respondent.

SCOTT, P. J. There was no proof of negligence. All that is testified to is by the plaintiff that as he walked towards the door the train came to a "sudden stop" and he was thrown down. This is not sufficient to justify the inference that defendant or any of its servants were negligent. The complaint should have been dismissed. Black v. Third Ave. R. R. Co., 2 App. Div. 387, 37 N. Y. Supp. 830.

Judgment reversed, and new trial granted, with costs to appellant to abide the event. All concur.